United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 4, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-60462
(Summary Calendar)
_____

KIRBY HUGHES,

Plaintiff-Appellant

versus

CITY OF GUNTOWN, MISSISSIPPI; MICHAEL RHEA; MICHAEL HALL,

Defendants-Appellees.

----------------------
Appeal from the United States District Court
for the Northern District of Mississippi
(1:04-CV-386)
----------------------

Before SMITH, WIENER and OWEN, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Kirby Hughes filed this Section 1983 suit against the Defendants-Appellees in the Northern District of Mississippi, alleging that he was arrested without probable cause. At the conclusion of discovery, the Defendants-Appellees filed a motion for summary judgment. The district court granted the motion and entered final judgment, dismissing Hughes's suit. Hughes appeals to this court.

We review a district court's grant of summary judgment <u>de</u>

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>novo</u>.[1]  We have carefully examined the briefs, the record excerpts, and relevant portions of the record itself.  For the reasons stated in the district court's Memorandum Opinion and Order, we affirm the decision to enter final judgment in favor of Defendants-Appellees, dismissing Hughes's action with prejudice.

AFFIRMED.

---

[1] <u>Gowesky v. Singing River Hosp. Sys.</u>, 321 F.3d 503, 507 (5th Cir. 2003).